# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KIMBERLY HENLEY, on behalf of herself and all other similarly situated** | § § § § § | **PLAINTIFF** |
| **v.** | § § § | **Civil No. 1:19-cv-544-HSO-JCG** |
| **BILOXI H.M.A., LLC d/b/a MERIT HEALTH BILOXI; COMMUNITY HEALTH SYSTEMS, INC.; AND JOHN AND JANE DOES 1 THROUGH 25 INCLUSIVE** | § § § § § § | **DEFENDANTS** |

## **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS MATTER IS BEFORE THE COURT on Defendant Biloxi H.M.A., LLC d/b/a Merit Health Biloxi's Motion to Dismiss [12] for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), and for failure to state a claim upon which relief can be granted under Rule 12(b)(6). The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its previous Order [30] and its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is **DISMISSED WITH PREJUDICE** for failure to state a claim.

**SO ORDERED AND ADJUDGED**, this the 25th day of September, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE